The Law Offices of Sarah Lampi Little
**SARAH LAMPI LITTLE** Cal Bar 215635
**M. COLBY FREEMAN** Cal Bar 264808
1276 A Street
Hayward, CA 94541
510-581-4060
sarah@lampilittlelaw.com
colby@lampilittlelaw.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re: | Chapter 13 |
|---|---|
| GIL DIAZ PIMENTEL, BENJAMINA D. PIMENTEL | Case No. 10-40078-RN-13 |
| Debtor | **DECLARATION IN SUPPORT OF MOTION TO VALUE SECURITY, DETERMINE STATUS OF CLAIM AND DECLARE VOID LIEN** |

Debtors Gil and Benjamina Pimentel hereby declare:

1) We are the debtors in the above-entitled chapter 13 case.

2) We own the property located at 15058 Edgemoor St., San Leandro, Alameda County, California 94579.

3) We believe that the value of that property as of January 5, 2010, the date of our chapter 13 filing, was not greater than $389,000.00.

4) The basis for this belief about the value of this property is from a survey of the immediate area surrounding that property and a look at recent comparable sales.

5) We owe the following loans against this property; a 1st deed of trust in favor of GMAC Mortgage, LLC in the amount of $597,796.27, and a 2nd deed of trust recorded with the

Recorders office of Alameda County as **Instrument #'s 2006368592 and 2006368593** in favor of Greenpoint Mortgage and its successor in interest, Bank of America Home Loans, in the amount of $67,887.30.

We declare under penalty of perjury that the foregoing is true and correct.

Executed at Hayward, CA.

Dated: March 23, 2010                    _/s/ Gil Diaz Pimentel_____
                                         GIL DIAZ PIMENTEL

Dated: March 23, 2010                    _/s/ Benjamina Diaz Pimentel_____
                                         BENJAMINA D. PIMENTEL