The Law Offices of Sarah Lampi Little
**SARAH LAMPI LITTLE** Cal Bar 215635
**M. COLBY FREEMAN** Cal Bar 264808
1276 A Street
Hayward, CA 94541
510-581-4060
sarah@lampilittlelaw.com
colby@lampilittlelaw.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re: | Chapter 13 |
|---|---|
| GIL DIAZ PIMENTEL, BENJAMINA D. PIMENTEL | Case No. 10-40078-RN-13 |
| Debtor | NOTICE OF MOTION TO VALUE SECURITY, DETERMINE STATUS OF CLAIM AND DECLARE VOID LIEN |

**TO: BANK OF AMERICA HOME LOANS**

**NOTICE IS HEREBY GIVEN** that pursuant to 11 U.S.C. section 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure, the Debtors request the court to value the property described in the Motion to Value Security, Determine Status of Claim and Declare Void Lien, determine the status of creditor, Bank of America Home Loans, 2nd deed of trust recorded with the Recorders office of Alameda County as **Instrument #'s 2006368592 and 2006368593** in favor of Greenpoint Mortgage and its successor in interest, Bank of America Home Loans.

**NOTICE IS FURTHER GIVEN** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter,

must be filed and served upon the initiating party within 21 days of mailing of the notice; that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and that the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: March 23, 2010 \_/s/M. Colby Freeman\_\_\_
M. COLBY FREEMAN
Attorney for Debtor(s)