In re **Gil Diaz Pimentel / Benjamina D. Pimentel**  Debtor(s)    Case No. **10-40078**   Chapter **13**

# PROOF OF SERVICE

I, **Liz Filberth**, declare that I am a resident of or employed in the County of **Alameda**, State of **California**. My address is **1276 A Street, Hayward, CA 94541**. I am over the age of eighteen years of age and am not a party to this case.

On **March 25, 2010**, I served the **NOTICE OF MOTION TO VALUE SECURITY, DETERMINE STATUS OF CLAIM AND DECLARE VOID LIEN, MOTION TO VALUE SECURITY, DETERMINE STATUS OF CLAIM AND DECLARE VOID LIEN, and DECLARATION IN SUPPORT OF MOTION TO VALUE SECURITY, DETERMINE STATUS OF CLAIM AND DECLARE VOID LIEN** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Hayward, CA** addressed as follows:

**see Exhibit A (attached)**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **March 25, 2010** at Hayward, CA.

**/s/ Liz Filberth**
**LIZ FILBERTH**