**EXHIBIT A**

Gil Diaz Pimentel
Benjamina D. Pimentel
15058 Edgemoor St.
San Leandro, CA 94579

Bank of America Home Loans
Attn. Officer, Director, or Managing Agent
P.O. Box 10287
Van Nuys, CA 91410-0287

Bank of America, N.A.
Attn. Officer, Director, or Managing Agent
P.O. Box 5170
Simi Valley, CA 93062-5170

*Via certified mail*
Bank of America, N.A.
Attn. Brian Moynahan, CEO
101 S. Tryon St.
Charlotte, NC 28280

C T CORPORATION SYSTEM
Agent for Service of Process for
Bank of America, N.A.
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

US Trustee
Via electronic service

Martha G. Bronitsky
Chapter 13 Trustee
Via electronic service